IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>CARMEN SOCORRO ACOSTA MIRANDA<br><br>XXX-XX-8199<br><br><br>Debtor(s) | CASE NO. 06-02490 SEK<br><br>Chapter 13<br><br><br>FILED & ENTERED ON 01/29/2010 |

**O R D E R**

For the reasons stated in the Trustee's Motion to Dismiss filed on 11/24/2009, which has not been opposed, this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 29 day of January, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: ALL CREDITORS
   DEBTOR (S)
   ROBERTO FIGUEROA CARRASQUILLO
   JOSE RAMON CARRION MORALES